```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 07549
   CYNTHIA G MONROE
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-5275


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/28/2008 and was confirmed 06/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/06/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ACCOUNTS RECOVERY BUREAU  UNSECURED        NOT FILED             .00            .00
AUDIT SYSTEMS             UNSECURED        NOT FILED             .00            .00
FOREST SOUTH ANIMAL HOSP  UNSECURED        NOT FILED             .00            .00
CASH ADVANCE              UNSECURED        NOT FILED             .00            .00
AT&T BROADBAND            UNSECURED        NOT FILED             .00            .00
ECHO                      UNSECURED        NOT FILED             .00            .00
EMPIRE PAY DAY ADVANCE    UNSECURED        NOT FILED             .00            .00
FAST MONEY 911            UNSECURED        NOT FILED             .00            .00
PREMIER BANKCARD          UNSECURED           603.10             .00            .00
INSTANT CASH              UNSECURED        NOT FILED             .00            .00
MTE FINANCIAL SERVICE PA  UNSECURED        NOT FILED             .00            .00
ST MARGARET MERCY HOSPIT  UNSECURED        NOT FILED             .00            .00
NISSAN INFINITI           UNSECURED         11447.53             .00            .00
REGIONAL ACCEPTANCE CO    UNSECURED        NOT FILED             .00            .00
VILLAGE OF OLYMPIA FIELD  UNSECURED          1500.00             .00            .00
PAYDAY LOAN OF IL         UNSECURED        NOT FILED             .00            .00
UNITED CASH LOAN          UNSECURED        NOT FILED             .00            .00
AT&T                      UNSECURED        NOT FILED             .00            .00
WILL COUNTY STATES ATTOR  UNSECURED        NOT FILED             .00            .00
CREDIT ACCEPTANCE CORP    SECURED VEHIC          .00             .00            .00
CREDIT ACCEPTANCE CORP    UNSECURED        NOT FILED             .00            .00
EMC MORTGAGE CORPORATION  CURRENT MORTG          .00             .00            .00
EMC MORTGAGE CORPORATION  MORTGAGE ARRE          .00             .00            .00
EMC MORTGAGE              UNSECURED        NOT FILED             .00            .00
WINDWOOD CONDOMINIUM ASS  SECURED             2758.00            .00            .00
COMMONWEALTH EDISON       UNSECURED           359.50             .00            .00
B-REAL LLC                UNSECURED           660.75             .00            .00
COMMONWEALTH EDISON       UNSECURED           356.77             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        3,491.50                         494.50
TOM VAUGHN                TRUSTEE                                              43.00
DEBTOR REFUND             REFUND                                                 .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 07549 CYNTHIA G MONROE
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     537.50

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                         494.50
TRUSTEE COMPENSATION                                    43.00
DEBTOR REFUND                                             .00
                       ---------------         ---------------
TOTALS                      537.50                    537.50
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 01/26/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```